### NANCY G. DOUGHERTY *v.* JOHN DOUGHERTY.

On a bill for alimony and maintenance, a motion for alimony *pendente lite* and counsel fee for complainant's counsel may be denied, if the case as it appears at the time of the making of the motion shows that there is no foundation for the bill.

On a bill for alimony and maintenance, a motion was made, on the part of the complainant, for alimony *pendente lite* and counsel fee.

Affidavits were read in support of the motion; and the answer, and affidavits of other persons, against it.

*A. V. Schenck,* for the motion, cited *Saxton's Ch.* 386; 1 *Green's Ch.* 459; 3 *Ib.* 171; 1 *Halst. Ch.* 389, 471; 4 *Paige*, 516, 643; 1 *Edw. Ch.* 108, 364, 441; 2 *Paige,* 108, 621; *Rev. Stat.* 924, sec. 10.

*H. V. Speer,* contra.

THE CHANCELLOR. As the case now stands, on the pleadings and affidavits, it is apparent, I think, that there is no foundation for the bill. The affidavits on the part of the complainant going to show cruel treatment &c., which is the case made by the bill, are not based on personal knowledge or observation; and are overcome by the affidavits on the part of the defendant. If, at a later stage of the cause, it should appear that the order now applied for should be made, the allowance can be ordered from this time or such other as the Court shall fix.

Motion denied.